BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2720
Facsimile:   (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HELM,<br><br>           Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE,<br>JAY NEGUS, and DOES 1-40,<br><br>           Defendant, | CASE NO.  2:11-cv-01703 MCE EFB<br><br>**CERTIFICATION OF SCOPE OF FEDERAL EMPLOYMENT; AND PROPOSED ORDER THERETO** |

I, David Shelledy, Chief of the Civil Division of the Office of the United States Attorney for the Eastern District of California, acting pursuant to the provisions of 28 U.S.C. § 2679(d) and by virtue of the authority vested in me by 28 C.F.R. § 15.4 and by the United States Attorney, hereby certify and attest that:

1. I have read the complaint in this action; and

2. On the basis of the information now available with respect to the incidents referred to in the complaint, defendant Jay Negus was an employee of the United States Postal Service, acting within the scope of his employment at the time of the alleged incidents giving rise to the complaint, and so, by operation of law, is entitled to the official immunity of the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680.

///

CERTIFICATION OF SCOPE OF
FEDERAL EMPLOYMENT

1

This certification, by operation of the cited statutes, effects the substitution of the United States as the proper party defendant in lieu of Jay Negus, who should be dismissed pursuant to his official immunity.

Date:   June 20, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ *David Shelledy*
DAVID SHELLEDY
Chief, Civil Division

### ORDER

This matter came before the Court on the Certification of Scope of Federal Employment filed by the United States Attorney's Office for the Eastern District of California. Pursuant to the Federal Tort Claims Act, 28 U.S.C., §§ 2671-2680,

IT IS HEREBY ORDERED THAT the United States of America is SUBSTITUTED as the proper party defendant in place of defendant Jay Negus.

IT IS FURTHER ORDERED THAT Jay Negus is DISMISSED as a party from the case with prejudice pursuant to his official immunity under the Federal Tort Claims Act, 28 U.S.C., §§ 2671-2680.

IT IS SO ORDERED.

Dated: July 5, 2012

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE