UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HELM, | No. 2:11-cv-01703-MCE-EFB |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

The Court is in receipt of the Request to Correct Termination of Action (ECF No. 22) filed by Plaintiff Joseph Helm ("Plaintiff"). Plaintiff's Request is hereby GRANTED and that correction to the docket has been made

IT IS SO ORDERED.

Dated: July 31, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1