UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HELM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | No. 2:11-cv-01703-MCE-EFB<br><br><br>ORDER |

Presently before the Court is a Motion to Dismiss for Lack of Jurisdiction filed by Defendant United States of America ("Defendant"), by which Defendant requests dismissal of Plaintiff's second cause of action for negligent hiring and supervision pursuant to Federal Rule of Civil Procedure 12(b)(1) and dismissal of Defendant United States Postal Service and the Doe Defendants on the basis that the United States is the only proper Defendant in this action. Plaintiff filed a statement of non-opposition to Defendant's Motion. Given Plaintiff's consent, that Motion (ECF No. 19) is now GRANTED.[1] The United States Postal Service and the Doe Defendants are dismissed without prejudice.[2]

---

[1] Because oral argument will not be of material assistance, the Court ordered this matter submitted on the briefing. E.D. Cal. Local Rule 230(g).

[2] Defendant Jay Negus has already been dismissed from this case with prejudice. See ECF No. 21.

1

1
2        Not later than thirty (30) days following the date this Order is electronically filed, the
3    parties are ordered to file a Joint Status Report in conformity with this Court's Order Requiring
4    Joint Status Report filed June 24, 2011 (ECF No. 5).  A Pretrial Scheduling Order will be issued
     thereafter.
5
6        IT IS SO ORDERED.
     Dated:  August 23, 2012
7
8    _____
     MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28