BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2720

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HELM,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>   Defendants. | Case No. 2:11-cv-01703 MCE EFB<br><br>**STIPULATION FOR INDEPENDENT MEDICAL EXAMINATION; ORDER**<br><br>**[FED. R. CIV. P. 35]** |

   The parties stipulate that, pursuant to Rule 35 of the Federal Rules of Civil Procedure, plaintiff will submit to an independent medical examination at a place and time that is agreed to by the parties.

DATED:  April 12, 2013                            BENJAMIN B. WAGNER
                                                                    United States Attorney

                                                        By:   */s/ Lynn Trinka Ernce*
                                                                    LYNN TRINKA ERNCE
                                                                    Assistant United States Attorney


DATED:  April 17, 2013                    By:   /s/ Russell A. Robinson
                                                                    RUSSELL A. ROBINSON
                                                                    Attorney for Plaintiff Joseph Helm

   **IT IS SO ORDERED**

DATE:  April 23, 2013

                                                                    _____
                                                                    MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                                    UNITED STATES DISTRICT COURT