1   BENJAMIN B. WAGNER
United States Attorneys
2   LYNN TRINKA ERNCE
Assistant United States Attorney
3   501 I Street, Suite 10-100
Sacramento, CA  95814
4   Telephone:   (916) 554-2720

5   Attorneys for the United States of America

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   JOSEPH HELM,                          | Case No.  2:11-cv-01703 MCE EFB

12            Plaintiff,                    | **STIPULATION REQUESTING**
                                            | **MODIFICATION OF SCHEDULING**
13        v.                                | **ORDER**

14   UNITED STATES OF AMERICA,

15            Defendant.

16

17        The parties to this action, by and through their undersigned counsel, hereby stipulate and agree

18   as follows:

19              1.      On December 20, 2012, the Court entered its Status (Pretrial Scheduling)

20        Order.  Docket 28.  The Court set the following deadlines for this case:

21        Discovery Cutoff                             June 21, 2013
          Expert Witness Disclosure                    August 21, 2013
22        Supplemental Expert Witness Disclosure       September 10, 2013
          Dispositive Motions Heard By                 December 19, 2013
23        Joint Pretrial Conference Statement Due      February 13, 2014
          Evidentiary/Procedural Motions Due           February 13, 2014
24        Oppositions to Evidentiary/Procedural Due    February 20, 2014
          Replies to Evidentiary/Procedural Due        February 27, 2014
25        Final Pretrial Conference                    March 6, 2014
          Trial Briefs Due                             February 13, 2014
26        Trial                                        April 21, 2014

27   ///

28   ///

Stipulation to Modify Scheduling Order              1

1          2.      This case involves allegations by plaintiff that Jay Negus, a former United

2  States Postal Service employee, who was acting in the course and scope of his federal

3  employment at the time of the incident, caused an auto accident that injured plaintiff.

4          3.      Criminal charges against Negus are pending in San Joaquin Superior

5  Court.  The trial date has been moved a number of times, most recently, from May 10,

6  2013 to August 2, 2013.  Negus' attorneys have stated that they would not make Negus

7  available for deposition in this civil action until his criminal matter has concluded and

8  that, if Negus is subpoenaed to testify at deposition, they will instruct him to assert his

9  Fifth Amendment privilege against self-incrimination in response to questions concerning

10  the auto accident.

11          4.      Under the circumstances, it is not possible for Negus to give meaningful

12  testimony at a deposition in this civil action prior to the current June 21, 2013 discovery

13  cutoff, and the parties believe that good cause exists for the Court to modify its

14  scheduling order so that Negus may be deposed after the criminal matter has concluded.

15          5.      Accordingly, the parties respectfully request that the Court modify the

16  scheduling order to extend the discovery cutoff date from June 21, 2013 to September 27,

17  2013.

18          6.      Since the parties are not asking the Court to change any of the other dates

19  at this time, modification of the scheduling order will not prejudice any party, and should

20  not negatively impact the Court's schedule for this case.  However, if the Negus trial is

21  rescheduled again, it may be necessary for the parties to seek further modification of the

22  scheduling order.

23  DATED:  May 22, 2013                  BENJAMIN B. WAGNER
                                        United States Attorney

24                             By:   */s/ Lynn Trinka Ernce*
                                        LYNN TRINKA ERNCE

25                                          Assistant United States Attorney

26

27

28

1   DATED:  May 22, 2013                 By:         /s/ Russell A. Robinson
                                                    Russell A. Robinson
2                                                   Attorney for Plaintiff

3                                             **ORDER**

4   IT IS SO ORDERED.

5   Dated:  May 30, 2013

6

7   _____
       MORRISON C. ENGLAND, JR., CHIEF JUDGE
8   UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28