BENJAMIN B. WAGNER
United States Attorneys
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2720

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HELM,<br><br>              Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | Case No.  2:11-cv-01703 MCE EFB<br><br>**SECOND STIPULATION REQUESTING MODIFICATION OF SCHEDULING ORDER** |

The parties to this action, by and through their undersigned counsel, hereby stipulate and agree as follows:

1.      On December 20, 2012, the Court entered its Status (Pretrial Scheduling) Order.  Docket 28. On June 15, 2013, upon the parties' stipulation, the Court extended the discovery cutoff to September 27, 2013.  Dockets 33, 34.  Accordingly, the deadlines for this case are as follows:

| | |
|---|---|
| Discovery Cutoff | September 27, 2013 |
| Expert Witness Disclosure | August 21, 2013 |
| Supplemental Expert Witness Disclosure | September 10, 2013 |
| Dispositive Motions Heard By | December 19, 2013 |
| Joint Pretrial Conference Statement Due | February 13, 2014 |
| Evidentiary/Procedural Motions Due | February 13, 2014 |
| Oppositions to Evidentiary/Procedural Due | February 20, 2014 |
| Replies to Evidentiary/Procedural Due | February 27, 2014 |
| Final Pretrial Conference | March 6, 2014 |
| Trial Briefs Due | April 7, 2014 |
| Trial | April 21, 2014 |

2. Plaintiff alleges that Jay Negus, at the time a federal employee, caused an auto accident that injured plaintiff. Criminal charges are pending against Negus in San Joaquin Superior Court. His defense attorneys will not make him available for deposition until the criminal case has concluded. The August 2, 2013 trial date recently was again moved, this time to September 13, 2013.

3. The expert witness disclosure deadline is August 21, 2013, and the parties' experts, including accident reconstruction experts, need Negus' testimony about the incident in order to complete their reports. With the earlier August 2 trial date, the parties had anticipated being able to meet the existing expert witness disclosure deadline, but that is no longer possible now that the criminal trial has been moved to September 13, 2013. Therefore, the parties believe that good cause exists for the Court to further modify its scheduling order so that Negus may be deposed after the criminal case is over.

4. In an effort to avoid the need to request further modification in the event the criminal trial is kicked again, the parties request that the Court modify the scheduling order as follows:

|  | Old Date | New Date |
| --- | --- | --- |
| Expert Witness Disclosure | August 21, 2013 | **December 4, 2013** |
| Supplemental Expert Witness Disclosure | September 10, 2013 | **January 8, 2014** |
| Discovery Cutoff | September 27, 2013 | **February 5, 2014** |
| Dispositive Motions Heard By | December 19, 2013 | **April 9, 2014** |
| Joint Pretrial Conference Statement Due | February 13, 2014 | **June 11, 2014** |
| Evidentiary/Procedural Motions Due | February 13, 2014 | **June 11, 2014** |
| Oppositions to Evidentiary/Procedural Due | February 20, 2014 | **June 18, 2014** |
| Replies to Evidentiary/Procedural Due | February 27, 2014 | **June 25, 2014** |
| Final Pretrial Conference | March 6, 2014 | **July 2014** |
| Trial Briefs Due | April 7, 2014 | **July 2014** |
| Trial | April 21, 2014 | **Early August 2014** |

///
///
///
///
///
///
///
///
///

The parties respectfully request a trial date the week of August 4, 2014 if possible as plaintiff's counsel has trials set in the Northern District of California beginning on August 18 and August 25, 2014.  Please also note that the United States' counsel has a one-week trial scheduled for September 8, 2014.

                                            Respectfully submitted,

DATED: August 16, 2013               BENJAMIN B. WAGNER
                                           United States Attorney

                                 By:    /s/ Lynn Trinka Ernce
                                               LYNN TRINKA ERNCE
                                               Assistant United States Attorney

DATED: August 16, 2013               By:    /s/ Russell A. Robinson
                                               Russell A. Robinson
                                               Attorney for Plaintiff

### **ORDER**

     The parties' stipulated request is hereby GRANTED.  The amended pretrial scheduling order will issue.

     IT IS SO ORDERED.

Dated: August 20, 2013

                                               MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                               UNITED STATES DISTRICT COURT