UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HELM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | No. 2:11-cv-1703-MCE-EFB<br><br><br><br>ORDER |

　　　　On June 6, 2014, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within two days. No objections were filed.

　　　　The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

　　　　Accordingly, IT IS ORDERED that:

　　　　1. The proposed Findings and Recommendations filed June 6, 2014, are ADOPTED; and

　　　　2. The scheduling order is modified as follows:

　　　　　　a.　The last day to hear dispositive motions, currently set for August 7, 2014, is continued to November 13, 2014.

　　　　　　b.　The December 4, 2014, Final Pretrial Conference is continued to April 2, 2015, at 2:00 p.m. in Courtroom No. 7.

   c. The Joint Final Pretrial Statement is due not later than March 12, 2015.

   d. Any evidentiary or procedural motion shall be filed by March 12, 2015. Oppositions shall be filed by March 19, 2015, and any reply shall be filed by March 26, 2015.

   e. The January 26, 2015 trial is continued to May 4, 2015, at 9:00 a.m. in Courtroom No. 7 and the parties are directed to file trial briefs not later than March 12, 2015.

 IT IS SO ORDERED.

Dated:  June 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT