UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HELM, | No. 2:11-cv-1703-MCE-EFB |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

This matter was before the court on August 27, 2014, on defendant's motion to compel payment of its expert witness fees. ECF No. 67. Specifically, the government seeks an order requiring plaintiff to pay deposition fees to three retained experts: John Missirian, Robert Snook, and Louis Cheng. At the August 27 hearing, defendant confirmed that John Missirian and Louis Cheng had been paid their fees. On September 3, 2014, defendant's counsel filed a notice stating that plaintiff had paid Robert Snook his fee. As all experts have now received their fees, defendant's motion to compel (ECF No. 67) is denied as moot.

DATED: September 4, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE